NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CRAIG RAGLAND,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3054

---

Petition for review of the Merit Systems Protection Board in case no. PH0752120027-I-1.

---

**ON MOTION**

---

**O R D E R**

Craig Ragland moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the filing of this order.

CRAIG RAGLAND v. ARMY                                                    2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24